UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER JAMES ZALMAN,<br><br>Defendant. | Case: 2:23-cr-20463<br>Judge: Berg, Terrence G.<br>MJ: Stafford, Elizabeth A.<br>Filed: 08-15-2023 At 04:08 PM<br>INDI USA V TYLER JAMES ZALMAN (LG)<br><br>Violations:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(c)<br>21 U.S.C. § 841(a)(1)<br>26 U.S.C. § 5681(c) and (f) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about March 16, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Tyler Zalman, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, firearms, to include: one Browning Arms 9mm pistol, one Cobray CM-11 9mm firearm, one Remington M 887 Digital 12-gauge shotgun, and one Springfield XDS .45 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1


## COUNT TWO
## 21 U.S.C. § 841(a)(1)
***Possession of Cocaine with Intent to Distribute***

On or about March 16, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Tyler Zalman, knowingly and intentionally possessed with intent to distribute a controlled substance, to wit: a mixture of a substance that contained cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (c).

## COUNT THREE
## 18 U.S.C. § 924(c)
***Possession of a Firearm in Furtherance of a Drug Trafficking Crime***

From on or about February 22, 2023 to March 16, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Tyler Zalman, did knowingly possess a firearm, to wit: a Springfield, model XDS, .45 caliber, semiautomatic pistol in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of cocaine with intent to distribute, as alleged in count two, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR
## 26 U.S.C. § 5861(f)
***Making of a Firearm in violation of the National Firearms Act***

From on or about January 6, 2023 to March 16, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Tyler Zalman, knowingly made a

firearm, to wit: a Remington M 887 Digital 12-gauge shotgun with an overall length of less than 26 inches or a barrel less than 18 inches in length, which as modified is a firearm, as defined pursuant to Title 26, United States Code, Section 5845, in violation of Title 26, United States Code, Sections 5822, 5861(f) and 5871.

## COUNT FIVE
## 26 U.S.C. § 5861(c)
### *Possession of a Firearm Made in Violation of the National Firearms Act*

From on or about January 6, 2023 to March 16, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Tyler Zalman, knowingly possessed a Cobray CM-11 9mm rifle with an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length, which was a firearm, as defined pursuant to Title 26, United States Code, Section 5845 and made in violation of Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5822, 5861(c) and 5871.

## COUNT SIX
## 18 U.S.C. § 924(c)
### *Possession of a Firearm in Furtherance of a Drug Trafficking Crime*

On or about March 16, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Tyler Zalman, did knowingly possess a firearm, to wit: a Remington M 887 Digital 12-gauge shotgun with an overall length of less than 26 inches or a barrel of less than 18 inches in length, and a Cobray CM-11 9mm rifle with an overall length of less than 26 inches or a barrel or barrels of less than

16 inches in length, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of cocaine with intent to distribute, as alleged in count two, in violation of Title 18, United States Code, Section 924(c)(1)(B)(i).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853, 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461
*Criminal Forfeiture*

1. The allegations contained in counts one through six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 5872, and Title 28, United States Code, Section 2461.

2. Upon conviction of the offense charged in count two of this Indictment, in violation of Title 21, United States Code, Section 841, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and (b) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853(a).

3. Upon conviction of the offense(s) charged in count one, count three and/or count six of this Indictment, in violation of Title 18, United States Code,

Section 922(g) and/or Section 924(c), the defendant shall forfeit to the United States any firearm and ammunition involved in said offense, pursuant to Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461.

4.   Upon conviction of the offense charged in counts four and five of this Indictment in violation of Title 26, United States Code, Section 5861, the defendant shall forfeit to the United States any firearm and ammunition involved in said offense, pursuant to Title 26, United States Code, Section 5872 together with Title 28, United States Code, Section 2461.

5.   <u>Substitute Assets</u>:  If any of the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

   a.   Cannot be located upon the exercise of due diligence;

   b.   Has been transferred or sold to, or deposited with, a third party;

   c.   Has been placed beyond the jurisdiction of the Court;

   d.   Has been substantially diminished in value; or

   e.   Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney


*s/Jeremiah G. Smith*
JEREMIAH G. SMITH
Assistant United States Attorney

Dated: August 15, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:23-cr-20463<br>Judge: Berg, Terrence G.<br>MJ: Stafford, Elizabeth A.<br>Filed: 08-15-2023 At 04:08 PM<br>INDI USA V TYLER JAMES ZALMAN (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: JGS |

Case Title: USA v. Tyler James Zalman

County where offense occurred: Oakland

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

\_\_\_\_Indictment/\_\_\_\_Information — **no** prior complaint.
✓ Indictment/\_\_\_\_Information — based upon prior complaint [Case number: 23-mj-30127 ]
\_\_\_\_Indictment/\_\_\_\_Information — based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 15, 2023
Date

Jeremiah G. Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-0242
Fax:    (313) 226-2311
E-Mail address: jeremiah.smith@usdoj.gov
Attorney Bar #: P80301

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.